916 F.2d 710
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Ruth Elizabeth FABRITIUS, Plaintiff-Appellant,
v.
UNKNOWN ASSAILANTS, United States of America, Defendants-Appellees.
 No. 90-1772.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 1, 1990.
Decided Oct. 24, 1990.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-90-289-AR)
 Ruth Elizabeth Fabritius, appellant pro se.
 E.D.Va.
 AFFIRMED.
 Before DONALD RUSSELL and PHILLIPS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Ruth Elizabeth Fabritius appeals from the district court's order dismissing her civil suit as frivolous under 28 U.S.C. Sec. 1915(d). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. Fabritius v. Unknown Assailants, CA-90-289-AR (E.D.Va. May 17, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.